Case 1:26-cv-00856-JW Document 16 Filed 07/28/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.......................................................................x
EUGENE LAWRENCE CARTER,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
.......................................................................x

1:26-cv-00856-JW
SCHEDULING ORDER

The following revised briefing schedule is hereby ORDERED:

1. The Commissioner shall file a brief and serve it on Plaintiff no later than September 24, 2026.

2. Plaintiff shall file any reply brief and serve it on Commissioner no later than October 8, 2026.

Dated:
July 30, 2026
New York, New York

**SO ORDERED**

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE